JOSEPH MICHAEL SWANSON, Appellant, v MILTON EICHLER et al., Defendants, and ALLEN R. FRANK, Respondent. [889 NYS2d 853]—

"A plaintiff seeking to restore a case to the trial calendar more than one year after it was stricken, and after it has been dismissed pursuant to CPLR 3404, must establish: (1) a meritorious cause of action, (2) a reasonable excuse for the delay in prosecution of the action, (3) a lack of intent to abandon

the action, and (4) a lack of prejudice to the defendant" (*Borrelli v Maye*, 293 AD2d 506 [2002]). Since the plaintiff failed to establish the last three of those factors, the Supreme Court properly denied the plaintiff's motion, in effect, to restore the action to the trial calendar (*see Magnone v Gemm Custom Brokers, Inc.*, 17 AD3d 412 [2005]; *Schwartz v Mandelbaum & Gluck*, 266 AD2d 273 [1999]; *cf. Sheridan v Mid-Island Hosp., Inc.*, 9 AD3d 490 [2004]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.